JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARVA KING,

     Plaintiff,

     v.

TYLER PERRY, et al.,

     Defendants.

Case No. CV 24-2650 PA (JCx)

JUDGMENT

In accordance with the Court's June 24, 2024 Minute Order (Docket No. 46) granting, in part, the Motion to Dismiss filed by defendants Tyler Perry ("Perry") and Tyler Perry Studios, LLC ("TPS"), and the Court's July 11, 2024 Minute Order (Docket No. 50), HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.    Defendants Perry, TPS, and Primus (collectively, "Defendants") are entitled to Judgment on Plaintiff Marva King's Lanham Act claim;

3.    Plaintiff Marva King shall take nothing on her Lanham Act claim; and

4.    Perry and TPS shall have their costs of suit.

DATED:  July 11, 2024

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE